# EXHIBIT B

# PASKOWITZ & ASSOCIATES

60 East 42nd Street--46th Floor

New York, New York 10165

TEL: (212) 685-0969

FAX: (212) 685-2306

lpaskowitz@pasklaw.com

June 8, 2009

**<u>Via Overnight Mail</u>**
Michael D. Torpey, Esq.
ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street
San Francisco, CA 94105

Re:  Supplemental Shareholder Demand on the Intel Corporation Board of Directors to Investigate Claims, Initiate Appropriate Legal Action, and Take Necessary and Appropriate Remedial Measures

Dear Mr. Torpey:

As you know we represent Intel shareholder Annette Villari. On behalf of our client, this letter constitutes a Supplemental Demand upon the Intel Board of Directors based on material developments in the matter to expeditiously investigate claims, initiate appropriate legal action, and take necessary and appropriate remedial measures to ensure that Intel Corporation ("Intel" or the "Company") is protected from further harm.

On May 13, 2009, it was announced that Intel had been fined $1.45 billion by the European Competition Commission -- the largest fine ever assessed for a case involving monopoly abuse. The EC called for changes in the way Intel sells the microprocessors at the heart of most of the world's PCs. It was held that Intel broke EU rules by using rebates it offered to large computer manufacturers -- its customers -- in ways that could penalize them if they bought too many chips from its smaller rival.

Previously the Japan Fair Trade Commission, in a warning to Intel's Japan unit, said the chipmaker attempted to stifle competition in Japan by offering rebates to Japanese PC makers if they agreed to limit their use of others' processors. The Korea Fair Trade Commission previously ruled that Intel paid rebates to South Korean computer firms to undercut arch rival Advanced Micro Devices, Inc. ("AMD"), and ordered Intel pay a substantial fine for violating fair trade rules. Intel is now subject to renewed investigatory

Michael D. Torpey, Esq.  June 8, 2009
Page 2

interest by the Federal Trade Commission. Further, a private antitrust action by AMD is scheduled to proceed to trial next year.

In your letter of January 29, 2009, you indicated that the Intel Board through its Audit Committee had deferred any action on Ms. Villari's demand citing certain enumerated reasons. We believe that further deferral is unwarranted in light of the EC's ruling. Ms. Villari previously demanded that the Board thoroughly investigate all referenced allegations, and bring legal action to protect the Company and its shareholders, including damages actions for breach of fiduciary duty, unjust enrichment and other available causes of action. The potential defendants include not only executives but also Board members who have not conscientiously worked to ensure that Intel conducted and/or conducts its business solely through lawful means. Now that the EC has rendered its decision, there is no justification for delaying investigation of possible wrongdoing.

Ms. Villari also previously demanded that the Board investigate and evaluate any ongoing activities that may cause the Company to violate the antitrust laws, as such conduct could expose Intel to greater scrutiny and harm than it already faces from past activities including, but not limited to, governmental enforcement actions, competitor lawsuits, and treble damage penalties. We request that the Audit Committee investigation and analysis go forward at once so that it can determine what corporate governance changes are required, and can effect such changes on an expedited basis so that the Company might avoid any further violations of the antitrust laws. In light of the EC decision, this has certainly become an immediate priority.

I believe that it would be worthwhile for us to meet in the very near future. I look forward to hearing from you in that regard. I also respectfully request that the Audit Committee make its best efforts to provide us with a report within 30 days regarding what action it intends to take in response to this Supplemental Demand.

Yours truly,

Laurence D. Paskowitz