# EXHIBIT C

# PASKOWITZ & ASSOCIATES

60 East 42nd Street--46th Floor
New York, New York 10165
TEL: (212) 685-0969
FAX: (212) 685-2306
lpaskowitz@pasklaw.com

October 14, 2009

By Overnight Mail
Michael Torpey, Esq.
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669

Re:   Intel Corporation/Annette Villari's Shareholder Demand; Joinder in Demand by Shareholder Charles A. Gilman

Dear Mike:

Thank you for your letter of September 25, 2009. We are disappointed in this response as we expected the Board to act with alacrity on our request for tolling agreements, especially in light of the directors' prior invocation of limitations defenses. I must reiterate that we feel these delays may be prejudicial.

Please also inform the Board and the Committee that another client of my firm, Mr. Charles A. Gilman, joins in Ms. Villari's demand. Documentation of Mr. Gilman's long-time and current shareholder status will be sent to you shortly. For the sake of efficiency, Mr. Gilman adopts and incorporates by reference herein all previous demands and other communications made by us on behalf of Ms. Villari, both written and oral.

Sincerely yours,

Laurence D. Paskowitz