IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIG. | C.A. No. 09-cv-867 (JJF) |

**DEFENDANTS' MOTION TO DISMISS THE SHAREHOLDERS'
DEMAND-MADE CONSOLIDATED DERIVATIVE COMPLAINT**

Defendants respectfully move for an order dismissing the Shareholders' Demand-Made Consolidated Derivative Complaint pursuant to Rule 23.1 of the Federal Rules of Civil Procedure for failure to establish that demand was wrongfully refused.

In support of its motion, defendants submit their accompanying Defendants' Opening Brief in Support of Their Motion to Dismiss the Consolidated Complaint.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jonathan C. Dickey
Marshall R. King
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000
jdickey@gibsondunn.com
mking@gibsondunn.com

By: /s/ Stephen C. Norman
Donald J. Wolfe, Jr. (#285)
Stephen C. Norman (#2686)
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
dwolfe@potteranderson.com
snorman@potteranderson.com

*Attorneys for Nominal Defendant Intel Corporation and Defendants Otellini, Barrett, Pottruck, Shaw, Yoffie, Barshefsky, Plummer, Decker, Bartz, Donahoe and Yeary*

                                        **CONNOLLY, BOVE, LODGE & HUTZ LLP**

OF COUNSEL:                        By:   */s/ Bradley R. Aronstam*
                                                    Collins J. Seitz, Jr. (#2237)

Kim David Staskus                    Bradley R. Aronstam (#5129)
LAW OFFICES OF                    1007 North Orange Street, 8th Floor
KIM DAVID STASKUS, P.C.      Wilmington, DE 19899
1631 Willow Street  Suite 100      (302) 658-9141
San Jose, CA  95125               cseitz@cblh.com
(408) 264-0155                         baronstam@cblh.com
kimstaskus@mgle-law.com

                                               *Attorneys for Defendant, D. James Guzy, Sr.*

Dated:  March 12, 2010
956849

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on March 12, 2010, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and that the document is available for viewing and downloading from CM/ECF:

Robert D. Goldberg, Esquire
BIGGS & BATTAGLIA
921 North Orange Street
Wilmington, Delaware 19801

                                        */s/ Stephen C. Norman*
                                        Stephen C. Norman (#2686)
                                        Potter Anderson & Corroon LLP
                                        Hercules Plaza – 6th Floor
                                        1313 North Market Street
                                        P. O. Box 951
                                        Wilmington, Delaware 19899
                                        (302) 984-6000
                                        snorman@potteranderson.com