IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | C.A. No. 1:09-cv-867-JJF |

**COMPENDIUM OF UNREPORTED DECISIONS IN SUPPORT OF
DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR
MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

OF COUNSEL:

**GIBSON, DUNN & CRUTCHER LLP**
Jonathan C. Dickey
Marshall R. King
200 Park Avenue, 47th Floor
New York, New York 10166
(212) 351-4000
jdickey@gibsondunn.com
mking@gibsondunn.com

**POTTER ANDERSON & CORROON LLP**
Donald J. Wolfe, Jr. (#285)
Stephen C. Norman (#2686)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
dwolfe@potteranderson.com
snorman@potteranderson.com

*Attorneys for Nominal Defendant Intel
Corporation and Defendants Otellini, Barrett,
Pottruck, Shaw, Yoffie, Barshefsky, Plummer,
Decker, Bartz, Donahoe, and Yeary*

OF COUNSEL:

Kim David Staskus
LAW OFFICES OF
KIM DAVID STASKUS, P.C.
1631 Willow Street Suite 100
San Jose, CA 95125
(408) 264-0155
kimstaskus@mgle-law.com

**CONNOLLY, BOVE, LODGE & HUTZ LLP**
Collins J. Seitz, Jr. (#2237)
Bradley R. Aronstam (#5129)
1007 North Orange Street, 8th Floor
Wilmington, DE 19899
(302) 658-9141
cseitz@cblh.com
baronstam@cblh.com

*Attorneys for Defendant, D. James Guzy, Sr.*

March 12, 2010
956803

# TABLE OF CONTENTS

Tab

*Baron v. Siff,*
  1997 WL 666973 (Del. Ch.) .................................................................................. 1

*Boeing Co. v. Shrontz,*
  1994 WL 30542 (Del. Ch.) .................................................................................... 2

*FLI Deep Marine LLC v. McKim,*
  2009 WL 1204363 (Del. Ch.) ................................................................................ 3

*Furman v. Walton,*
  2007 WL 1455904 (N.D. Cal.) .............................................................................. 4

*In re VistaCare, Inc. Derivative Litig.,*
  2007 WL 2460610 (D. Ariz.) ................................................................................. 5

*Levine v. Smith,*
  1989 WL 150784 (Del. Ch.), *aff'd,*
  591 A.2d 194 (Del. 1991) ...................................................................................... 6

*Norfolk County Retirement Syst. v. Jos. A. Bank Clothiers, Inc.,*
  2009 WL 353746 (Del. Ch.) .................................................................................. 7

*Piven v. Ryan,*
  2006 WL 756043 (N.D. Ill.) .................................................................................. 8

*Reading Co. v. Trailer Train Co.,*
  1984 WL 8212 (Del. Ch.) ...................................................................................... 9

*Walker v. News Journal,*
  2008 WL 766788 (D. Del.) .................................................................................. 10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on March 12, 2010, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and that the document is available for viewing and downloading from CM/ECF:

Robert D. Goldberg, Esquire
BIGGS & BATTAGLIA
921 North Orange Street
Wilmington, Delaware 19801

/s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
snorman@potteranderson.com