IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
IN RE INTEL CORP DERIVATIVE              C.A. No. 1:09-cv-867-JJF
LITIGATION
---------------------------------------------------x

## DECLARATION OF BRYAN A. WOOD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT

Bryan A. Wood declares under pain and penalty of perjury pursuant to the laws of the United States this 9th day of April, 2010, that:

1. I am a partner in the law firm of Berman DeValerio, one of Plaintiffs' co-lead counsel in this matter. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion To Dismiss the Consolidated Complaint in this action.

2. Annexed hereto as Exhibit A is a true copy of the court docket in *Del Gaizo v. Otellini*, Superior Court of the State of California, Santa Clara County, Case No. 108-cv-116137.

3. Annexed hereto as Exhibit B is a true copy of an article entitled "Intel Abuses its Power, Japan Says," published in the Los Angeles Times on March 9, 2005.

4. Annexed hereto as Exhibit C is a true copy of an article entitled "EU takes over German antitrust inquiry into Intel," which appeared on CNET News.com on September 11, 2006.

_/s/ Bryan A. Wood_
Bryan A. Wood