IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Intel Corp. Derivative Litig. | ) C.A. No. 09-cv-867 (JJF) |

## STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS' REPLY PAPERS IN SUPPORT OF THEIR MOTION TO DISMISS

WHEREAS, plaintiff Charles A. Gilman, purporting to act derivatively on behalf of nominal defendant Intel Corporation ("Intel"), filed a Complaint on or about November 13, 2009, in an action styled *Gilman v. Otellini, et al.*, No 09-cv-867 (JJF); and

WHEREAS, plaintiff Louisiana Municipal Police Employees' Retirement System (together, with plaintiff Gilman, the "Consolidated Plaintiffs"), purporting to act derivatively on behalf of nominal defendant Intel, filed a complaint on or about December 23, 2009, in an action styled *Louisiana Municipal Police Employees' Retirement System v. Otellini, et al.*, No. 09-cv-993 (JJF); and

WHEREAS, the Court entered an Order dated January 15, 2010, consolidating the above actions pursuant to Federal Rule of Civil Procedure 42(a) and setting forth scheduling for briefing on any motions to dismiss; and

WHEREAS, the Consolidated Plaintiffs filed a Consolidated Amended Complaint on or about February 12, 2010; and

WHEREAS, Intel and all defendants (the "Defendants") moved to dismiss the Consolidated Amended Complaint on or about March 23, 2010; and

WHEREAS, the Defendants filed their Opening Brief in support of their Motion to Dismiss the Consolidated Amended Complaint on or about March 23, 2010, and the

Consolidated Plaintiffs filed their Answering Brief in opposition to the Motion to Dismiss on or about April 9, 2010; and

WHEREAS, the January 15, 2010 Order of Consolidation set forth a deadline of April 30, 2010, for the Defendants' reply papers in support of the Motion to Dismiss;

WHEREAS, because the briefing thus far has been using the page limits of the old rules, the parties have agreed that the reply brief should have the page limits of the old rules; and

WHEREAS, the parties have agreed to extend the date for the Defendants' reply papers; it is, therefore,

STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff and counsel for the Defendants, that:

(1) The time for the Defendants to file their reply papers is extended from April 30, 2010, to May 10, 2010.

(2) The page limit for Defendants' reply papers shall be twenty (20) pages.

(3) This Stipulation is without prejudice to any other rights that any party may have.

| | |
|---|---|
| BIGGS & BATTAGLIA | POTTER ANDERSON & CORROON LLP |
| By: /s/ Robert D. Goldberg<br>    Robert D. Goldberg (ID #631)<br>    921 North Orange Street<br>    Wilmington, Delaware 19899<br>    (302) 655-9677<br>    goldberg@batlaw.com | By: /s/ Stephen C. Norman<br>    Stephen C. Norman (ID #2686)<br>    Hercules Plaza, 6th Floor<br>    1313 North Market Street<br>    P.O. Box 951<br>    Wilmington, Delaware 19899-0951<br>    (302) 984-6000<br>    snorman@potteranderson.com |
| Attorneys for Plaintiff Charles Gilman | Attorneys for Nominal Defendant Intel Corporation and Defendants Paul S. Otellini, Craig R. Barrett, David S. Pottruck, Jane E Shaw, David B. Yoffie, Charlene Barshefsky, James D. Plummer, Susan L. Decker, Carol Bartz, John J. Donahoe, and Frank D. Yeary |
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| | By: /s/ Bradley R. Aronstam<br>    Collins J. Seitz, Jr. (ID # 2237)<br>    Bradley R. Aronstam (ID #5129)<br>    The Nemours Building<br>    1007 North Orange Street<br>    P.O. Box 2207<br>    Wilmington, Delaware 19899-2207<br>    (302) 658-9141<br>    cseitz@cblh.com |
| | Attorneys for Defendant D. James Guzy, Sr. |

Dated: April 29, 2010

SO ORDERED this 30 day of April, 2010:

_____
U.S.D.J.
963903