| | | |
|---|---|---|
| VICTOR F. BATTAGLIA<br>ROBERT D. GOLDBERG<br>PHILIP B. BARTOSHESKY<br>VICTOR F. BATTAGLIA, JR. | **BIGGS AND BATTAGLIA**<br>ATTORNEYS AT LAW<br>921 NORTH ORANGE STREET<br>P.O. BOX 1489<br>WILMINGTON, DELAWARE 19899<br>(302) 655-9677<br>TELECOPIER (302) 655-7924 | OF COUNSEL<br>S. BERNARD ABLEMAN<br>WILLIAM D. BAILEY, JR.<br>JOHN BIGGS III<br>1927-2009 |

*Writer's Direct E-mail: Goldberg@batlaw.com*

May 26, 2010

<u>**VIA HAND DELIVERY**</u>
The Honorable Judge Joseph J. Farnan, Jr.
U.S. District Court for the
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *In re Intel Corp. Derivative Litigation*
<u>Case No. 09-cv-867 (JJF)</u>

Dear Judge Farnan:

I am pleased to advise the Court that the parties have reached a definitive settlement of the above action. Accordingly, enclosed are courtesy copies of Plaintiffs' Unopposed Motion: (i) for Preliminary Approval of the Shareholder's Derivative Settlement, (ii) for approval to disseminate Notice to Intel shareholders; and (iii) to set a date and time for a final Settlement Hearing.

Also enclosed are Plaintiffs' Memorandum of Law in support; the Stipulation of Settlement dated May 25, 2010; a Form of Scheduling Order; a Form of Notice to Intel shareholders; and a Form of Final Judgment. For the Court's convenience, we also include an extra copy of the Scheduling Order with the Notice attached.

The parties respectfully suggest a final Settlement Hearing for the week of July 19, 2010.

The parties stand ready to answer any questions the Court may have, either by telephone conference or by personal appearance.

The Honorable Judge Joseph J. Farnan, Jr.
May 26, 2010
Page 2

                              Respectfully submitted,

                              Robert D. Goldberg

encl.

cc: Stephen C. Norman, Esq. (w/o enclosures)
    Collins J. Seitz, Jr, Esq. (w/o enclosures)
    Brian D. Long, Esq. (w/o enclosures)