09cv867



Alexander MacKenzie
6815 W University Ave Apt 13107
Gainesville, FL 32607-2296
June 15, 2010

Hon. Joseph J Farnan
US District Court for the District of Delaware
844 N King Street
Wilmington, DE 19801

RE: Proposed Intel Derivative Action Settlement

Dear Judge:

I am a member of the class listed above and I own shares of Intel in my own name. I would like you to know that I do not believe that the Proposed Settlement document I was provided is in plain English. What I take the most exception to is that the document doesn't explain why the attorneys fees are so excessive and why Defendant D. James Guzy has his own counsel for the case.

Please understand that because I believe the document I was provided is not in plain English, I cannot voice any disgust with the settlement. However I would ask that you take into consideration all factors when awarding attorneys fees.

Thank you.

Sincerely,

Alex MacKenzie

Alexander Mackenzie

Intel Corp. Noticing Administrator
C/O Kurtzman Carson Consultants, LLC

Jacksonville, FL 32241-6798

U.S. POSTAGE
PAID
TMH, INC.

514-2384-665678-002256
002265
GAINESVILLE FL 32607 ALEXANDER R MACKENZIE 6815 W UNIVERSITY AVE APT 13107

32607/2296

ALEXANDER R MACKENZIE
6815 W UNIVERSITY AVE APT 13107
GAINESVILLE, FL 32607

Hon. Joseph J Farnan
Us District Court For The District Of De
844 N King Street
Wilmington DE 19801-3519



US POSTAGE
FIRST-CLASS
FROM 32607
JUN 15 2010
$0.440
stamps.com