# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | C.A. No. 1:09-cv-867-JJF |

## NOTICE OF INTENT TO APPEAR AT THE JULY 20, 2010 SETTLEMENT HEARING ON BEHALF OF SHAREHOLDER CHRISTINE DEL GAIZO'S OBJECTIONS TO THE PROPOSED SETTLEMENT OF DERIVATIVE ACTION

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
MARC M. UMEDA
KEVIN A. SEELY
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Objector Christine Del Gaizo

Date: July 6, 2010

PLEASE TAKE NOTICE that, in response to the Notice of Pendency of Derivative Action, Proposed Settlement of Derivative Action, Settlement Hearing and Right to Appear, counsel for objector Christine Del Gaizo will appear at the July 20, 2010 Settlement Hearing at 10:00 a.m., in support of Shareholder Del Gaizo's Objections to the Proposed Settlement of Derivative Action filed concurrently herewith.

DATED: July 3, 2010

Respectfully submitted,

ROBBINS UMEDA LLP
MARC M. UMEDA
BRIAN J. ROBBINS
KEVIN A. SEELY

_____
KEVIN A. SEELY

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

Attorneys for Objector Christine Del Gaizo

504261