IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: INTEL CORP. DERIVATIVE LITIGATION | )   C.A. No. 1:09-cv-867-JJF )  |

**AFFIDAVIT OF MAILING**

I, Jonathan L. Jocson being duly sworn, depose and say:

1. I am a Senior Analyst at Kurtzman Carson Consultants LLC ("KCC") in Jacksonville, Florida. My business address is 8475 Western Way, Suite 110, Jacksonville, FL 32256.

2. I submit this Affidavit (the "Affidavit") in connection with the above-captioned action (the "Action"). This Affidavit is based upon my personal knowledge, and upon information provided by counsel, my associates and staff. I am over 21 years of age and am not a party to this Action.

3. Pursuant to the Scheduling Order entered by this Court on June 2, 2010 (the "Scheduling Order"), the Court ordered that the Court-approved Notice of Pendency of Derivative Action, Proposed Settlement of Derivative Action, Settlement Hearing and Right to Appear (the "Notice") be distributed as follows:

> Within ten (10) business days after the date of this Order, Intel shall cause a Notice of Pendency of Derivative Action, Proposed Settlement of Derivative Action, Settlement Hearing and Right to Appear (the "Notice"), substantially in the form annexed as Exhibit B to the Stipulation, to be mailed by First Class Mail, to all record holders of common stock of Intel as of May 25, 2010 at the respective addresses currently set forth in the records of the Company's transfer agent. Furthermore, Intel shall use reasonable efforts to give notice to all beneficial owners of common stock of Intel as of May 25, 2010 (a) by providing additional copies of the Notice to any record holder requesting the Notice for purposes of distribution to such beneficial owners; and (b) by posting a copy of the Notice on Intel's corporate website.

4. Among other things, KCC was retained to assist in the process of printing and mailing the Notice as set forth in the Scheduling Order. To that end, on May 26, 2010, KCC received a list from Intel's transfer agent, Computershare, containing contact information for 170,143 record holders who held common stock of Intel as of May 25, 2010.

5. On June 6, 2010, KCC mailed copies of the Notice, a copy of which is attached hereto as Exhibit A, to each of the record holders on the list received from Computershare, at the respective addresses set forth on the list. These Notices were sent by United States mail, first-class, postage prepaid.

6. As of June 30, 2010, KCC had received requests from brokerage firms, banks, institutions and other nominee purchasers to send copies of the Notice to an additional 1,395,531 names and addresses of beneficial owners of Intel common stock. Also, KCC received requests from brokers and other nominee holders for 37,275 Notices to forward to their customers. KCC timely responded to all such requests from the brokerage firms, banks, institutions, and other nominee holders by mailing copies of the Notice by United States mail, first-class to the names and addresses provided.

7. As of June 30, 2010, the United States Postal Service ("USPS") returned to KCC 64 Notices with forwarding address information. Each of the Notices was forwarded to the forwarding address received from the USPS.

8. In the aggregate, as of June 30, 2010, 1,602,949 Notices were disseminated to record or beneficial owners of Intel common stock as of May 25, 2010 by United States mail, first-class, postage prepaid.

9. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Jonathan L. Jocson*
Jonathan L. Jocson

SWORN TO AND SUBSCRIBED before me this __1__ day of __July__, 2010.

_____
Notary Public

NOTARY PUBLIC-STATE OF FLORIDA
Catherine G. Johnson
Commission # DD895442
Expires: JUNE 02, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on July 6, 2010, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and that the document is available for viewing and downloading from CM/ECF:

Robert D. Goldberg, Esquire
BIGGS & BATTAGLIA
921 North Orange Street
Wilmington, Delaware 19801

Collins J. Seitz, Jr., Esquire
Bradley R. Aronstam, Esquire
CONNOLLY, BOVE, LODGE & HUTZ LLP
1007 North Orange Street, 8th Floor
Wilmington, DE 19801

/s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
snorman@potteranderson.com