# EXHIBIT A

**Computershare**

Computershare Trust Company, N.A.
PO Box 43078
Providence, RI 02940-3078
Within USA, US territories & Canada   800 298 0146
Outside USA, US territories & Canada   312 360 5123
www.computershare.com/investor

Intel Corporation is incorporated under the laws of the State of DE.

********AUTO**SCH 3-DIGIT 752   000172/0063448   063448

WILLIAM KELLY PULS
& KAMI MARTIN PULS COMMUNITY PROPERTY
PO BOX 601753
DALLAS TX  75360-1753

**Holder Account Number**

C0001634801



| SSN/TIN Certified | Symbol |
|---|---|
| Yes | INTC |

001CS0006_RPS.DL_PG1.INTC.H5817_34500/063448/063448/f

## Intel Corporation - Summary of Account Holdings and Transaction Form

It is important to retain this statement for tax reporting purposes, and for use as a reference when you access your account online at our website or when contacting Computershare.

Holder Account Number: C0001634801

Save time. Be more secure. Help the environment. Manage your Intel holding at Investor Centre!
-Register quickly and easily at www.computershare.com/intel
-Access and manage your holdings, enroll in eComms-electronic shareholder communicatios, learn about Intel's Direct Stock Purchase and Dividend Reinvestment Plans and more! It's easy and free! Get started managing your Intel account at Investor Centre now!

### ▶ ACCOUNT SUMMARY

As of close of stock market on 01 Jun 2010

| Stock Class Description | Certificated Shares/ Units Held by You | Direct Registration Book Shares/Units | Investment Plan Book Shares/Units | Total Shares/Units | Closing Price Per Share/Unit ($) | Market Value ($) |
|---|---|---|---|---|---|---|
| Drip-Common Stock | 80.000000 | 0.000000 | 11.406470 | 91.406470 | 21.180000 | 1,935.99 |

### Dividend Reinvestment Activity

As of record date

This section includes information only for shares/units for which dividends are reinvested.

| Record Date | Payment Date | Dividend Rate ($) | Stock Class Description | Dividend Reinvestment Shares/Units | Gross Dividend ($) | Taxes Withheld ($) | Net Dividend ($) |
|---|---|---|---|---|---|---|---|
| 07 May 2010 | 01 Jun 2010 | 0.157500 | Common | 90.772458 | 14.30 | | 14.30 |

### Transaction History

From: 01 Jan 2010   To: 01 Jun 2010

This section pertains only to book-entry shares/units.

| Date | Transaction Description | Transaction Amount ($) | Deduction Description | Deduction Amount ($) | Net Amount ($) | Price Per Share/Unit ($) | Transaction Shares/Units | Total Book Shares/Units |
|---|---|---|---|---|---|---|---|---|
| Plan Transactions Drip-Common Stock | | | | | | | | |
| | Balance Forward | | | | | | | 10.124188 |
| 01 Mar 2010 | Dividend Reinvestment | 14.19 | | | 13.48 | 20.793795 | 0.648270 | 10.772458 |
| | | | Transaction Fee | 0.71 | | | | |
| | | | Comp Paid Fees | 0.03 | | | | |
| 01 Jun 2010 | Dividend Reinvestment | 14.30 | | | 13.58 | 21.419161 | 0.634012 | 11.406470 |
| | | | Transaction Fee | 0.72 | | | | |
| | | | Comp Paid Fees | 0.03 | | | | |

00TPPA