## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2010, I electronically filed the foregoing *Objections of Objector William Kelly Puls to Proposed Settlement and Notice of Intent to Appear* with the the United States District Court for the District of Delaware by using the USDC CM/ECF system. Participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system; and a courtesy copy was also faxed to the parties/attorneys by faxing this document to them to their respective fax numbers.

**Co-Lead Counsel for the Delaware Plaintiffs**
Laurence D. Paskowitz, Esq.
PASKOWITZ & ASSOCIATES
60 East 42nd St., Suite 4600
New York, NY 10165
Phone: (212) 685-0969
Fax: (800) 705-9529

Jeffrey C. Block, Esq.
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109
Phone: (617) 542-8300
Fax: (617) 542-1194
Email: jblock@bermandevalerio.com

**Attorneys for Intel and the Individual Defendants other than D. James Guzy**
Jonathan C. Dickey, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166
Phone: (212) 351-4000
Fax: (212) 351-4035
Email: jdickey@gibsondunn.com

**Attorneys for Defendant D. James Guzy**
Kim David Staskus, Esq.
LAW OFFICES OF KIM DAVID STASKUS, P.C.
1631 Willow Street, Suite 100
San Jose, CA 95125
Phone: (408) 264-9822
Fax: (408) 266-1859
Email: kimstaskus@mgle-law.com

Kevin G. Collins (#5149)