IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: INTEL CORP. DERIVATIVE ) C.A. No. 1:09-cv-867-JJF
LITIGATION )

## DECLARATION OF POSTING OF NOTICE ON WEBSITE

Lawrence S. Achorn, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am a Senior Litigation Counsel at Intel Corporation ("Intel") and have personal knowledge of the following facts.

2. The Court's June 2, 2010 Scheduling Order directed Intel to post the court-approved Notice of Pendency of Derivative Action, Proposed Settlement of Derivative Action, Settlement Hearing and Right to Appear (the "Notice") to Intel's corporate website.

3. I arranged for the posting of the Notice as called for by the Court's order. Since June 4, 2010, the Notice has appeared under the "Featured Stories" banner at the top of the main Investor Relations page of Intel's website. The Investor Relations page can be accessed directly at www.intc.com, or via link at www.intel.com.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Lawrence S. Achorn*
Lawrence S. Achorn

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I do hereby certify that, on July 6, 2010, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and that the document is available for viewing and downloading from CM/ECF:

Robert D. Goldberg, Esquire
BIGGS & BATTAGLIA
921 North Orange Street
Wilmington, Delaware 19801

Collins J. Seitz, Jr., Esquire
Bradley R. Aronstam, Esquire
CONNOLLY, BOVE, LODGE & HUTZ LLP
1007 North Orange Street, 8th Floor
Wilmington, DE 19801

/s/ Stephen C. Norman
Stephen C. Norman (#2686)
Potter Anderson & Corroon LLP
Hercules Plaza – 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
snorman@potteranderson.com