# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | ) ) ) ) ) ) ) | C.A. No. 1:09-cv-867-JJF |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies as follows:

1. I am, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that my business address is 600 B Street, Suite 1900, San Diego, California 92101.

2. On July 3, 2010, I deposited in a box or other facility regularly maintained by UPS, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, the following documents:

NOTICE OF INTENT TO APPEAR AT THE JULY 20, 2010 SETTLEMENT HEARING;

MOTION AND MEMORANDUM TO FILE UNDER SEAL SHAREHOLDERS DEL GAIZO'S OBJECTIONS TO THE PROPOSED SETTLEMENT OF DERIVATIVE ACTION;

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL SHAREHOLDER DEL GAZIO'S OBJECTIONS TO THE PROPOSED SETTLEMENT OF DERIVATIVE ACTION;

[UNREDACTED VERSION] SHAREHOLDER CHRISTINE DEL GAZIO'S OBJECTIONS TO THE PROPOSED SETTLEMENT OF DERIVATIVE ACTION;

[REDACTED VERSION] SHAREHOLDER CHRISTINE DEL GAZIO'S OBJECTIONS TO THE PROPOSED SETTLEMENT OF DERIVATIVE ACTION (Confidential – Submitted Per Motion to File Under Seal Subject to a Confidentiality and Non-Disclosure Agreement);

[UNREDACTED VERSION] DECLARATION OF KEVIN A. SEELY IN SUPPORT OF SHAREHOLDER CHRISTINE DEL GAIZO'S OBJECTIONS TO THE PROPOSED SETTLEMENT OF DERIVATIVE ACTION;

[REDACTED VERSION] DECLARATION OF KEVIN A. SEELY IN SUPPORT OF SHAREHOLDER CHRISTINE DEL GAIZO'S OBJECTIONS TO THE PROPOSED SETTLEMENT OF DERIVATIVE ACTION (Confidential – Submitted Per Motion to File Under Seal Subject to a Confidentiality and Non-Disclosure Agreement); and

CERTIFICATE OF SERVICE.

in an envelope designated by the said express service carrier for guaranteed next day delivery, with delivery fees paid or provided for, addressed to the following parties:

Laurence D. Paskowitz, Esq.
PASKOWITZ & ASSOCIATES
60 East 42nd Street, Suite 4600
New York, NY 10165

Jeffrey C. Block, Esq.
BERMAN DEVALERIO
One Liberty Square
Boston, MA 02109

Jonathan C. Dickey, Esq.
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue, 47th Floor
New York, NY 10166

Kim David Staskus, Esq.
LAW OFFICES OF KIM DAVID STASKUS, P.C.
1631 Willow Street, Suite 100
San Jose, CA 95125

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this July 3, 2010, at San Diego, California.

_____
KEVIN A. SEELY