# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | ) ) ) ) ) ) ) C.A. No. 1:09-cv-867-JJF |

### ORDER GRANTING MOTION TO FILE UNDER SEAL SHAREHOLDER DEL GAIZO'S OBJECTIONS TO THE PROPOSED SETTLEMENT OF DERIVATIVE ACTION

Upon review of Intel Shareholder Christine Del Gaizo's ("Del Gaizo") Motion to File Under Seal ("Motion"), the Court hereby grants the Motion and orders that Del Gaizo may file under seal the Shareholder Del Gaizo's Objections to the Proposed Settlement of Derivative Action ("Objection"), submitted concurrently with her Motion. The Objection and accompanying documents shall remain impounded until further order of the Court.

SO ORDERED, this __7__ day of July, 2010.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
United States District Judge

- 1 -