IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re Intel Corp. Derivative Litig. | : | C.A. No. 09-cv-867 (JJF) |
| | : | |

**LEAD PLAINTIFFS' MOTION FOR LEAVE TO EXTEND PAGE LIMITATION**

Plaintiffs Charles Gilman ("Gilman") and the Louisiana Municipal Police Employees' Retirement System ("MPERS") (collectively, "Lead Plaintiffs"), by their undersigned counsel, hereby move pursuant to LR 7.1.3(a) for leave to file a brief in support of their Motion for Final Settlement Approval that exceeds the 20-page limit. Lead Plaintiffs seek to file a brief in support of their Motion for Final Settlement Approval that is not more than 45 pages. In support hereof, Lead Plaintiffs state:

1. Given the complexity of the legal and factual issues involved in this action and the significance of the issues that are addressed in the proposed settlement, Lead Plaintiffs require more than 20 pages.

2. Rule 7.1.3(a), which was recently amended effective April 30, 2010, permits a party to file an opening brief in support of a motion of up to twenty (20) pages "unless otherwise ordered."

3. Lead Plaintiffs' Motion for Final Settlement Approval and brief in support thereof are due on July 15, 2010.

4. Defendants' counsel has no objection to this motion.

5. For these reasons, Lead Plaintiffs respectfully request that they be permitted to file a brief in support of their Motion for Final Settlement Approval that is not more than 45 pages.

| | |
|---|---|
| Dated: July 13, 2010 | **BIGGS & BATTAGLIA**<br><br>/s/ Robert Goldberg<br>Robert D. Goldberg (ID #631)<br>921 North Orange Street<br>Wilmington, Delaware 19899<br>(302) 655-9677<br>goldberg@battlaw.com<br><br>**Attorneys for Plaintiff Charles Gilman and Louisiana Municipal Police Employees' Retirement System**<br><br>- AND -<br><br>**PASKOWITZ & ASSOCIATES**<br>Laurence D. Paskowitz<br>60 East 42nd Street—Suite 4600<br>New York, NY 10165<br>212-685-0969<br><br>**BERMAN DEVALERIO**<br>Jeffrey C. Block<br>Bryan A. Wood<br>Scott A. Mays<br>One Liberty Square<br>Boston, MA 02109<br>Tel: (617) 542-8300<br>Fax: (617) 542-1194<br><br>**Co-Lead Counsel for Plaintiff Charles Gilman and Louisiana Municipal Police Employees' Retirement System** |