IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Intel Corp. Derivative Litig. | C.A. No. 09-cv-867 (JJF) |

### ORDER

The Court having considered Lead Plaintiffs' Motion to Extend Page Limits (the "Motion"), and the parties' positions related thereto;

IT IS HEREBY ORDERED this 13 day of July, 2010 that the Motion is GRANTED and Lead Plaintiffs may file a brief in support of their Motion for Final Settlement Approval that is not more than 45 pages.

Hon. Joseph J. Farnan, Jr.