IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | : <br> : <br> : <br> : C.A. No. 1:09-cv-867-JJF <br> : <br> : |

**MOTION FOR FINAL APPROVAL OF DERIVATIVE SETTLEMENT AND
AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on July 20, 2010, at 10:00 a.m., before the Honorable Joseph J. Farnan, Jr., The Rosenfeld Family Foundation and Martin Smilow (the "Related Plaintiffs"), will, and hereby do, move for judgments and orders finally approving the Stipulation of Settlement dated as of May 25, 2010 (the "Stipulation"), dismissing this action with prejudice and awarding attorneys' fees and expenses to the Related Plaintiffs' Counsel.

This motion is based upon this Motion, the accompanying Memorandum of Law in Support of the Related Plaintiffs' Application for Final Approval of the Settlement, Memorandum of Law in Support of the Related Plaintiffs' Application for an Award of Attorneys' Fees and Expenses, Declaration of Joseph H. Weiss in Support of the Motion for Final Approval of the Derivative Settlement and an Award of Attorneys' Fees and Expenses, the Affidavit of Jules Brody on Behalf of Stull, Stull & Brody in Support of Application for Award of Attorneys' Fees and Reimbursement of Expenses, the Affidavit of Brian D. Long on Behalf of Rigrodsky & Long, P.A., in Support of Application for Award of Attorneys' Fees and Reimbursement of Expenses, the Stipulation and supporting exhibits, the papers and filings on record in this matter and such additional evidence or

argument as may be presented at the hearing.

Dated: July 15, 2010                                       Respectfully submitted,

                                                           RIGRODSKY & LONG, P.A.

                                               By:  */s/ Brian D. Long*
                                                           Seth D. Rigrodsky (#3147)
                                                           Brian D. Long (#4347)
                                                           919 N. Market Street, Suite 980
                                                           Wilmington, Delaware  19899
                                                           (302) 295-5310

                                                           WEISS & LURIE
                                                           Joseph H. Weiss
                                                           David C. Katz
                                                           551 Fifth Avenue
                                                           New York, NY 10176
                                                           (212) 682-3025

                                                           STULL, STULL & BRODY
                                                           Jules Brody
                                                           6 East 45th Street
                                                           New York, NY 10017
                                                           (212) 687-7230

                                                           *Related Plaintiffs' Counsel*