# EXHIBIT B

## IN RE INTEL CORP. DERIV. LITIG., C.A. NO. 1:09-CV-867 (JJF)

### WEISS & LURIE

### Time Report from Inception to Present

SP=Senior Partner; Pr=Principal and Senior Attorney; A=Associate; PL=Paralegal

| NAME | STATUS | HOURLY RATE | HOURS | TOTAL LODESTAR |
|---|---|---|---|---|
| Joseph H. Weiss | SP | $850.00 | 132.50 | 112,625.00 |
| Moshe Balsam | Pr | $695.00 | 74.75 | 51,951.25 |
| David C. Katz | Pr | $695.00 | 129.75 | 90,176.25 |
| Mark D. Smilow | Pr | $675.00 | 246.00 | 166,050.00 |
| Joshua M. Rubin | A | $460.00 | 167.25 | 76,935.00 |
| Michael Rogovin | A | $440.00 | 18.00 | 7,920.00 |
| Ilya Nuzov | A | $425.00 | 269.25 | 114,431.25 |
| Mary A. Nastasi | PL | $295.00 | 2.50 | 737.50 |
| Phyllis J. Mehl | PL | $295.00 | 1.00 | 295.00 |
| Jerry Silver | PL | $295.00 | 6.25 | 1,843.75 |
| | | | | |
| **Totals** | | | **1,047.25** | **$622,965.00** |