# EXHIBIT C

## IN RE INTEL CORP. DERIV. LITIG., NO. C.A. NO. 1:09-CV-867 (JJF)

## WEISS & LURIE

### Expense Report from Inception Through Present

| CATEGORIES | AMOUNT |
|---|---:|
| Computer Research - Lexis | 42,976.35 |
| Court Filing Fees | 362.00 |
| Court Reporting Expense | 133.70 |
| Consultant | 50,000.00 |
| Special Master Vincent Poppiti | 1,128.00 |
| Local Travel, Travel, Meals | 3,249.31 |
| Outside Copy Services/Document Retrieval | 311.65 |
| Photocopy In-House | 302.25 |
| Postage/Overnight Mail | 43.27 |
| Telephone, Telecopy and Misc. | 500.00 |
| | |
| **TOTAL** | **$99,006.53** |