IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: INTEL CORPORATION          :
DERIVATIVE LITIGATION             :      Civil Action No. 1:09-cv-867-JJF
                                  :

**AFFIDAVIT OF JULES BRODY FILED ON BEHALF OF STULL, STULL & BRODY
IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS'
<u>FEES AND REIMBURSEMENT OF EXPENSES</u>**

STATE OF NEW YORK      :
                       :   ss:
COUNTY OF NEW YORK     :

I, JULES BRODY, being duly sworn, states as follows

1. I am a senior attorney with the law firm of Stull, Stull & Brody. I am admitted to practice in the State of New York. I am submitting this Affidavit in support of my firm's application for an award of attorneys' fees in connection with services rendered in the prosecution and settlement of the claims asserted in the above-entitled action and the reimbursement of expenses incurred by my firm in the course of this litigation.

2. This firm is Co-Counsel for Plaintiffs Rosenfeld Family Foundation and Martin Smilow. Stull, Stull & Brody worked on this case on a wholly contingent basis and was totally at risk.

3. Stull, Stull & Brody's resume is attached hereto as Exhibit A.

4. The total amount of time spent on this litigation by my firm is 95.25 hours. The total lodestar amount for attorney and paralegal time based on the firm's current rates is $79,681.25. The hourly rates shown below are the usual and customary rates charged in all of

our cases. Attached hereto as Exhibit B is a chart reflecting the hours expended by each professional, their current hourly rates and their individual lodestar total. For attorneys and paralegals who are no longer employed by the firm, their respective hourly rates correspond to that of the final year of their employment with the firm.

5.  In addition, Stull, Stull & Brody incurred a total of $551.79 in unreimbursed expenses in connection with the prosecution of this litigation. Attached hereto as Exhibit C is a chart reflecting the breakdown of these expenses.

6.  The expenses incurred pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, paid invoices, check records and other source materials, and are an accurate record of the expenses incurred.

FURTHER AFFIANT SAYETH NOT

Dated: July 14, 2010

_____
Jules Brody

Sworn to and Subscribed before me
this 14th day of July, 2010

_____
Notary Public

MARK LEVINE
Notary Public, State of New York
No. 24-02LE4760335
Qualified in Westchester County
Commission Expires March 30, 19__
2014