IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | C.A. No. 1:09-cv-867-JJF |

## STIPULATION REGARDING REVISED PROPOSED ORDER AND FINAL JUDGMENT

WHEREAS, on May 25, 2010, the undersigned parties entered into a Stipulation of Settlement (the "Settlement") and filed it with the Court; and

WHEREAS, the Settlement provides for the entry of an Order and Final Judgment, the form of which was attached to the Settlement as Exhibit C; and

WHEREAS, the parties agree that the proposed Order and Final Judgment should be modified to correct a typographical error, and otherwise to fill in certain information that was unavailable at the time the Settlement was filed; and

WHEREAS, attached hereto as Exhibit A is a copy of the revised proposed Order and Final Judgment; and

WHEREAS, attached hereto as Exhibit B is a "redlined" copy of the proposed Order and Final Judgment, marked to show changes from the original;

IT IS, THEREFORE, STIPULATED AND AGREED, by and among the undersigned counsel for the parties, that the document attached hereto as Exhibit A be substituted as the proposed Order and Final Judgment within the meaning of the Settlement.

Dated: July 15, 2010

| | |
|---|---|
| OF COUNSEL: | BIGGS & BATTAGLIA |
| PASKOWITZ & ASSOCIATES<br>Laurence D. Paskowitz<br>60 East 42nd St., Suite 4600<br>New York, NY 10165<br>(212) 685-0969 | /s/ Robert D. Goldberg<br>Robert D. Goldberg (ID #631)<br>921 North Orange Street<br>Wilmington, Delaware 19899<br>(302) 655-9677<br>goldberg@battlaw.com |
| BERMAN DEVALERIO<br>Jeffrey C. Block<br>Bryan A. Wood<br>Scott A. Mays<br>One Liberty Square<br>Boston, MA 02109<br>(617) 542-8300 | Attorneys for Delaware Plaintiffs |
| Co-Lead Counsel for Delaware Plaintiffs | |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| GIBSON, DUNN & CRUTCHER LLP<br>Jonathan C. Dickey<br>Marshall R. King<br>200 Park Avenue, 47th Floor<br>New York, NY 10166<br>(212) 351-4000 | /s/ Stephen C. Norman<br>Donald J. Wolfe, Jr. (ID #285)<br>Stephen C. Norman (ID #2686)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899-0951<br>(302) 984-6000<br>dwolfe@potteranderson.com<br>snorman@potteranderson.com<br><br>Attorneys for Nominal Defendant Intel Corporation and Defendants Otellini, Barrett, Pottruck, Shaw, Yoffie, Barshefsky, Plummer, Decker, Bartz, Donahoe, and Yeary |

| | |
|---|---|
| OF COUNSEL: | CONNOLLY, BOVE, LODGE & HUTZ LLP |
| LAW OFFICES OF KIM DAVID STASKUS, P.C.<br>Kim David Staskus<br>1631 Willow Street, Suite 100<br>San Jose, CA 95125<br>(408) 264-0155 | /s/ Collins J. Seitz, Jr.<br>Collins J. Seitz, Jr. (ID #2237)<br>Bradley R. Aronstam (ID #5129)<br>1007 North Orange Street, 8th Floor<br>Wilmington, Delaware 19899<br>(302) 658-9141<br>cseitz@cblh.com<br>baronstam@cblh.com<br><br>Attorneys for Defendant D. James Guzy, Sr. |
| OF COUNSEL: | RIGRODSKY & LONG, P.A. |
| WEISS & LURIE<br>Joseph H. Weiss<br>David C. Katz<br>551 Fifth Avenue<br>New York, NY 10176<br>(212) 682-3025<br><br>STULL, STULL & BRODY<br>Jules Brody<br>6 East 45th Street<br>New York, NY 10017<br>(212) 687-7230 | /s/ Brian D. Long<br>Seth D. Rigrodsky (ID #3147)<br>Brian D. Long (ID #4347)<br>919 North Market Street, Suite 980<br>Wilmington, Delaware 19801<br>(302) 295-5310<br>sdr@rigrodskylong.com<br>bdr@rigrodskylong.com<br><br>Attorneys for Plaintiffs in the Rosenfeld Action |
| KIEVE LAW OFFICES | THEGRANTLAWFIRM, PLLC |
| /s/ Loren Kieve<br>Loren Kieve<br>5A Funston Avenue<br>The Presidio of San Francisco<br>San Francisco, California 94129-1110<br>(415) 364-0060<br><br>Attorneys for Plaintiff in the Paris Action<br>974558 | /s/ Lynda J. Grant<br>Lynda J. Grant<br>7 East 35th Street, 12th Floor<br>New York, New York 10016<br>(917) 697-8108<br>lgrant@grantfirm.com<br><br>Attorneys for Plaintiff in the Paris Action |

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I do hereby certify that, on July 15, 2010, the foregoing document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following, that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF:

### BY CM-ECF and E-MAIL

Robert D. Goldberg, Esquire
BIGGS & BATTAGLIA
921 North Orange Street
Wilmington, DE 19801

Collins J. Seitz, Jr., Esquire
Bradley R. Aronstam, Esquire
CONNOLLY, BOVE, LODGE & HUTZ LLP
1007 North Orange Street, 8th Floor
Wilmington, DE 19801

I hereby certify that on July 15, 2010 I have sent by E-mail the foregoing document to the following:

Laurence D. Paskowitz, Esquire
PASKOWITZ & ASSOCIATES
60 East 42nd Street, Suite 4600
New York, NY 10165
lpaskowitz@pasklaw.com

Joseph H. Weiss, Esquire
WEISS & LURIE
551 Fifth Avenue
New York, NY 10176
jweiss@weisslurie.com

Kim David Staskus, Esquire
LAW OFFICES OF KIM DAVID STASKUS, P.C.
1631 Willow Street, Suite 100
San Jose, CA 95125
kimstaskus@mgle-law.com

Brian D. Long, Esquire
RIGRODSKY & LONG, P.A.
919 North Market Street, Suite 980
Wilmington, DE 19801
bdr@rigrodskylong.com

| | |
|---|---|
| Jeffrey C. Block, Esquire<br>BERMAN DEVALERIO<br>One Liberty Square<br>Boston, MA 02109<br>jblock@bermandevalerio.com | Kevin A. Seely, Esquire<br>ROBBINS UMEDA LLP<br>600 B Street, Suite 1900<br>San Diego, CA 92101<br>kseely@robbinsumeda.com |
| Ian Connor Bifferato, Esquire<br>BIFFERATO LLC<br>800 North King Street<br>Plaza Level<br>Wilmington, DE 19801<br>cbifferato@bifferato.com | Darrell Palmer, LL.M.<br>LAW OFFICES OF DARRELL PALMER<br>603 North Highway 101, Ste A<br>Solana Beach, CA 92075<br>Darrell.palmer@palmerlegalteam.com |

                                                */s/ Stephen C. Norman*
                                    Stephen C. Norman (#2686)
                                    Potter Anderson & Corroon LLP
                                    Hercules Plaza – 6th Floor
                                    1313 North Market Street
                                    P. O. Box 951
                                    Wilmington, Delaware 19899
                                    (302) 984-6000
                                    snorman@potteranderson.com