# EXHIBIT D

**IN RE INTEL SECURITIES LITIGATION**
**TIME REPORT**

FIRM:   Berman DeValerio

| Timekeepers | Status | Hourly Rate | Total Hours to Date | Total Lodestar to Date |
|---|---|---|---|---|
| Norman Berman | Partner | $730 | 57.50 | $41,975.00 |
| Glen DeValerio | Partner | $730 | 18.90 | $13,797.00 |
| Peter Pease | Partner | $730 | 1.30 | $949.00 |
| Jeffrey Block | Partner | $670 | 165.60 | $110,952.00 |
| Kathleen Donovan-Maher | Partner | $670 | 26.50 | $17,755.00 |
| Bryan Wood | Partner | $525 | 279.50 | $146,737.50 |
| Kristen Tremble | Associate | $330 | 14.70 | $4,851.00 |
| Daryl Andrews | Associate | $315 | 29.50 | $9,292.50 |
| Justin Saif | Associate | $300 | 57.70 | $17,310.00 |
| Nathaniel Orenstein | Associate | $285 | 105.40 | $30,039.00 |
| Scott Mays | Associate | $285 | 516.70 | $147,259.50 |
| Ronald Keating | Investigator | $420 | 4.00 | $1,680.00 |
| Margaret Boitano | Investigator | $370 | 38.00 | $14,060.00 |
| Jeannine Scarsciotti | Paralegal | $230 | 0.50 | $115.00 |
| Ryan Keefe | Paralegal | $230 | 64.00 | $14,720.00 |
| Stephen Wright | Paralegal | $230 | 54.50 | $12,535.00 |
| Katie Umpierre | Paralegal | $220 | 0.40 | $88.00 |
| Karen Beaulieu | Paralegal | $210 | 4.50 | $945.00 |
| Jenniffer Lopez | Paralegal | $210 | 1.00 | $210.00 |
| Zachary See | Contract Paralegal | $200 | 6.50 | $1,300.00 |
| Sean Rudolph | Paralegal Assistant | $90 | 0.25 | $22.50 |
| TOTALS | | | 1,446.95 | $586,593.00 |