# **EXHIBIT E**

**IN RE INTEL CORP. DERIVATIVE LITIGATION**

**UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE**
**C.A. No. 1:09-cv-867-JJF**

**Paskowitz & Associates**
**LODESTAR**
**Inception through July 13, 2010**

| Attorney/status | HOURS EXPENDED | RATE | Lodestar To Date |
|---|---|---|---|
| Laurence D. Paskowitz (P) | 654.25 | $625 | $408,906.25 |
| Roy L. Jacobs (OC) | 319.75 | 625 | 199,843.75 |
| Angelica Kontoroff (A) | 217.25 | 295 | 64,088.75 |
| Samuel Simon (OC) | 147.75 | 675 | 99,731.25 |
| **TOTAL** | **1339.00** | | **$772,570.00** |

Status:

Partner (P)
Of Counsel (OC)
Associate (A)