# EXHIBIT F

IN RE INTEL SECURITIES LITIGATION
EXPENSE REPORT

FIRM:   Berman DeValerio

| DESCRIPTION | TOTAL TO DATE |
|---|---|
| Experts | $ 28,395.00 |
| Filing Fees | $ 125.00 |
| Lexis/Dow Jones/Westlaw/Research | $ 13,155.50 |
| Photocopying | $ 1,289.64 |
| Postage/Express/Delivery | $ 35.40 |
| Telephone/FAX | $ 1,034.52 |
| Travel, Meals, Lodging | $ 19,916.66 |
| TOTAL | $ 63,951.72 |