# **EXHIBIT G**

**IN RE INTEL CORP. DERIVATIVE LITIGATION**

**UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE**
**C.A. No. 1:09-cv-867-JJF**

## Paskowitz & Associates

## EXPENSES BY CATEGORIES
### Inception through July 13, 2010

| CATEGORY | TOTAL |
|---|---|
| Experts and consultants | $27,870.00 |
| Court Costs and Service | 753.80 |
| Plane, train and taxi | 688.00 |
| Meals | 97.50 |
| Hotel | 503.00 |
| Copying Costs | 1,311.39 |
| FedEx/UPS/Messenger service | 300.00 |
| Long Distance Telephone | 152.50 |
| On-line research | 4,850.00 |
| | |
| **TOTAL** | **$36,526.19** |