# **EXHIBIT H**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | C.A. No. 1:09-cv-867-JJF |

DECLARATION OF LYNDA J. GRANT FILED ON BEHALF OF THE GRANT LAW FIRM, PLLC IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES

I, Lynda J. Grant, DECLARE AS FOLLOWS:

1. I am a member and the founder of The Grant Law Firm, PLLC, and submit this declaration in support of my firm's application for an award of attorneys' fees in connection with services rendered in the above-entitled action, and the related California action.

2. This firm is counsel of record for the plaintiff, Dr. Alan Paris. In relation to this case, my firm performed the following tasks: (1) investigated a potential action against Intel Corp. ("Intel" or the "Company"); (2) considered the appropriate jurisdiction in which to file the action; (3) drafted demand letters, and negotiated with defendants' counsel; (4) reviewed motions and other pleadings filed in this action and other related actions in connection with Dr. Paris' demand for board action; (5) communicated with defendants' counsel regarding Intel's response to Dr. Paris' demand letter; (6) drafted the complaint and reviewed same with Dr. Paris; (7) coordinated with Delaware counsel in the prosecution of the action; (8) followed the action and monitored all news regarding Intel and its purported antitrust violations; (9) discussed settlement possibilities with Delaware counsel; (10) reviewed draft settlement proposals; and (11) reviewed settlement papers, including the Stipulation of Settlement.

3. Attached as Exhibit A is material identifying my firm, and providing my background.

4. The total number of hours spent on this litigation by my firm is 103 hours. The total lodestar amount for my time as the only person who worked on the action, based on my current rates is $72,100. The hourly rate shown below is the usual and customary rate which I charge for each individual in all of my cases. My lodestar was determined as follows: 103 hours times $700 per hour which amounts to $72,100.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of July, 2010.

_____
LYNDA J. GRANT