# **EXHIBIT I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE INTEL CORP. DERIVATIVE LITIGATION** | C.A. No. 1:09-cv-867-JJF |

DECLARATION OF LOREN KIEVE ON BEHALF OF KIEVE LAW OFFICES IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

I, LOREN KIEVE, DECLARE AS FOLLOWS:

1. I am the principal and head of the Kieve Law Offices. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. This firm is counsel of record for plaintiff Dr. Alan Paris. The main tasks we performed may be summarized as follows: (1) conducted initial factual and legal research and consulted with co-counsel and assisted in drafting and revising the complaint and related papers for filing with the court; (2) arranged for filing and serving the summons and complaint upon the defendants; (3) arranged for preparation and filing of materials associated with the case being assigned as a complex case; (4) arranged for the preparation and filing of an agreed stipulation regarding the reassignment of the case and an extension of time for the defendants to respond to the complaint; (5) consultation with co-counsel regarding terms of the settlement; (6) reviewed and revised terms of the settlement.

3. The identification and background of my firm is attached as Exhibit A.

4. The total number of hours spent on this litigation by my firm is 25.4. The total lodestar amount for attorney time based on the firm's current rates is $17,780. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Loren Kieve | (P) | 25.4 | 700 | 17,780 |
| *TOTAL:* | | | | |

5. My firm incurred a total of $2,114.20 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

*EXPENSES*

From Inception to July 7, 2010

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | |
| Photocopies | |
| Postage | 20 |
| Telephone, Facsimile | |
| Messenger, Overnight Delivery | 229.20 |
| Filing & Other Court Fees | 1,865 |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | |
| Class Action Notices/Business Wire | |
| Mediation Fees | |
| Experts/Consultants/Investigators | |
| **Outside:** | |
| | |
| | |
| **In-House:** | |
| | |
| | |
| Assessments | |
| *TOTAL* | 2,114.20 |

6. The following is additional information regarding these expenses:

(a) Amounts paid to court reporters for transcripts of court hearings and depositions: $0.

(b) Filing, Witness and Other Fees: $1,865.

| DATE | VENDOR |
|---|---|
| March 22, 2010 | Santa Clara Superior Court |
| April 29, 2010 | Santa Clara Superior Court |
| April 30, 2010 | Santa Clara Superior Court |

(c) Meals, Hotels and Transportation: $0

(d) Photocopying: $0. (My firm ordinarily does not charge for routine copying charges.)

(e) Lexis, Westlaw, Online Library Research: $0. (My firm ordinarily does not charge for research database charges.)

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of July, 2010 at San Francisco, California.



LOREN KIEVE

S:\WordTools\WordCaps\Prestige Brands.doc

Kieve | Law Offices

5A Funston Avenue
The Presidio of San Francisco
San Francisco, California  94129-1110
www.kievelaw.com

Telephone:   415.364.0060
Conference:  866.384.2318

Loren Kieve
lk@kievelaw.com
Cell:  415.425.2655

### Loren Kieve

Loren Kieve has a demonstrated record of success in resolving challenging, high stakes disputes.  He has represented and advised major U.S. and foreign companies and individuals in a broad variety of trials, appeals and settlements, including securities, insurance coverage, construction, environmental, derivative, financial services, commodities trading, antitrust, contract, RICO, insurance sales practices, products liability, defamation, personal injury, employment, discrimination, real estate, mine disaster, Foreign Corrupt Practices Act and other commercial cases.  His cases regularly involve complex foreign parties and issues, major government contract matters, including civil and criminal false claims act cases, and formal and informal administrative proceedings and other inquiries.

He has represented both plaintiffs and defendants in nationwide class actions, and arbitrated both international and domestic cases.

For the eighth year in a row, *San Francisco Magazine* and *Law & Politics Magazine* have named him as one of the top "Super Lawyers" in the Bay Area.  When he practiced in Washington, *The Washingtonian* magazine listed him among the city's leading lawyers.

**EDUCATION**

Oxford University
(M.A., 1975)

University of New Mexico School of Law
(J.D., 1972)
    Editor, *New Mexico Law Review*
    Editor, *Natural Resources Journal*
    Teaching Assistant in Constitutional Law
    National Moot Court Competition (best brief and best oral argument)

Oxford University
(B.A., Jurisprudence, *with honours,* 1971)

Stanford University
(1965-68)

**PRIOR ASSOCIATIONS**

Partner, Quinn Emanuel Urquhart Oliver & Hedges LLC, 2002 - 2008
Principal Vice President, Assistant General Counsel, Manager of Legal Department and Head of the Department's Litigation and Claims Group, Bechtel Group, Inc., Feb. 2000 - March 2002
Partner, Debevoise & Plimpton, 1987 - 2000
Associate, Partner, Steptoe & Johnson, 1974 - 1987
Law clerk to Hon. Oliver Seth, United States Court of Appeals for the Tenth Circuit, 1973 - 74
Law clerk to Hon. Edmund L. Palmieri, United States District Judge (S.D.N.Y.), sitting by designation on the United States District Court for the District of New Mexico and on the United States Court of Appeals for the Ninth Circuit, 1973, 1974 (simultaneously with the clerkship for Judge Seth)

**BAR ADMISSIONS**

California
The District of Columbia
New York
Virginia
New Mexico
U.S. Supreme Court
Nine federal circuit courts
Ten federal district courts

**PROFESSIONAL ACTIVITIES**

*American Bar Foundation:*
- Sustaining Life Fellow

*American Bar Association:*
- Member, Coordinating Committee on Civil Justice Reform, 1990-93
- Founding Member, Task Force on Gun Violence, 1993-94
- Member, Standing Committee on Federal Judicial Improvements, 2008-2011
- Member, Segment Value Membership Initiative, 2008
- California State Bar Delegate to the House of Delegates, 2009-2011
- Liaison to the Standing Committee on Governmental Affairs, 2009-2010
- Member, Task Force on Federal Pleading Standards, 2010

*ABA Litigation Section* (selected positions):
- Vice-chair, Environmental Law Committee, 1988-89
- Co-chair, Federal Procedure Committee, 1989-92
- Member, Special Review Committee on the Federal Civil Rules, 1990-92
- D.C. Circuit Member, Task Force on District Court Advisory Groups under the Civil Justice Reform Act of 1990, 1991
- Co-chair, Task Force on the Justice System, 1994-95
- Chair, Federal Initiatives Task Force, 1995-96
- Nominating Committee, 1996-97, 1998-99, 2005-2006
- Council Member, 1996-99
- Member, Civil Practice Standards Task Force (1996-98); Discovery Practice Standards Task Force (1997-99); Federal Practice Task Force (1998-02)
- Liaison, Federal Judicial Conference, 1996-99
- Liaison, Civil Rules Advisory Committee of the Federal Judicial Conference, 2000-01
- Life Fellow, 2004
- Award of Excellence, 2006
- Federal Practice Task Force, 2002-2010 (co-chair, 2002-2009)
- Representative to the Civil Rules Advisory Committee on restyling the Fed. R. Civ. P., 2002-2005
- Co-chair, Special Committee on the Future of Civil Litigation, 2009-2010

Member, District of Columbia Federal Court Advisory Committee under the Civil Justice Reform Act of 1990 (Chair, Trial Practice Subcommittee), 1992-94
Member, District of Columbia Circuit Judicial Conference, 1998
Honorary Member, COMBAR, the Commercial Bar Association, London, U.K., 1999-present
Member, Association of Business Trial Lawyers, 2003-Present
Founding Member, American Constitution Society (Northern California Chapter), 2004-present
Member, Union Internationale des Avocats, 2007-present

OTHER AFFILIATIONS

- Trustee, chair (1997-2001, 2007-2011) and executive committee member (1997-present), Institute of American Indian and Alaska Native Culture and Arts Development ("IAIA"), Santa Fe, New Mexico, 1994-present (U.S. Presidential Appointment with Senate Confirmation).  The IAIA is one of three congressionally chartered institutions of higher learning (along with Howard and Gallaudet Universities) and oversees four- and two-year degree programs for Native Americans and Alaska Natives as well as the Museum of Contemporary Native American Art.  During Mr. Kieve's previous tenure as Chair the IAIA built and moved onto its new campus.  During his current tenure as Chair, the IAIA has embarked on four new major campus construction projects.

3

- Member, National Advisory Board (and Chair, Development Subcommittee), Center for Comparative Studies in Race and Ethnicity ("CCSRE"), Stanford University, 2001-present. CCSRE is the umbrella organization for Stanford's African and African-American, Chicano/a, Native-American and Asian-American Studies Programs, as well as its interdisciplinary undergraduate major in and graduate research center for Comparative Studies in Race and Ethnicity.

- Sustaining contributor and participant, Center for International Security and Cooperation ("CISAC"), Freeman Spogli Institute for International Studies, Stanford University, 2004-present.

- Member, Stanford Associates (by invitation only, limited to 1,500 alumni/ae who have made significant contributions to the University), 2006-present. Co-chair, 40th Reunion.

- Member, director (2004-present) and co-chair (2005-2007), Lawyers' Committee for Civil Rights of the Bay Area, San Francisco, California, 2003-present.

- Member and audit committee member, National Board of Trustees, Lawyers' Committee for Civil Rights Under Law, 2007-present.

- Director and executive committee member, Flint Industries, Inc., and The Flintco Companies, Inc. (Native-owned U.S., Canadian and South American oilfield services and construction companies), Tulsa, Oklahoma, 1985-present.

- Who's Who in America, Who's Who in American Law, Who's Who in the East.

- Cherokee Nation of Oklahoma (registered member).

**PUBLICATIONS**

Mr. Kieve has written hundreds of legal briefs on a broad range of issues at all levels, including before the U.S. Supreme Court. He has been a primary author or major contributor to a large number of ABA and Litigation Section standards, position papers and analyses, including:

- *ABA Civil Trial Practice Standards* (1998)

- *ABA Guidelines for Litigation Conduct* (1998)

- *ABA Discovery Practice Standards* (1999) (primary editor)

- *ABA Litigation Section Comments on the Final Report of the Commission on Structural Alternatives for the Federal Courts of Appeal* (1999)

- *Ethical Issues: 40 Solutions for Litigators* (ABA Section of Litigation 2005) (contributing author)

4

- *ABA Policy on Expert Witness Reports* (2006) (now pending as a proposed change to the Federal Rules of Civil Procedure)

- *ABA Policy on Inadvertent Disclosure of Privileged Material* (2006) (now codified as part of Federal Rule of Evidence 502)

- *ABA Standards for Final Pretrial Submissions and Orders* (2008) (primary editor)

- *Expert Witnesses* (ABA Litigation Section) (contributing author) (2010)

SEMINAR/TEACHING

Mr. Kieve has been a faculty member, lecturer or participant, on average at least two times a year, at American Bar Association annual meetings, ABA Litigation Section annual meetings, Inns of Court annual meetings, etc.  The following is a sample:

- U.S. Environmental Protection Agency / National Institute of Trial Advocacy, Boulder, Colorado, 1982, 1983, 1984.  Trial practice faculty member.

- University of Rochester Graduate School of Business 1985.  Lecturer on product liability issues.

- ABA Annual Meeting 1998:  Panelist: "Cutting the Litigation Process Short:  Is There New Life for Summary Judgment?"  (federal judges Schwarzer and Tjoflat were also panelists).

- ABA Litigation Section Annual Meeting 1989.  Program moderator: "What to Do When the Grand Jury Calls:  Criminal Enforcement of Environmental Laws" (other members included former Deputy Attorney General Jamie Gorelick and Assistant Attorney General Environmental, Carol Dinkins).

- ABA Litigation Section Annual Meeting 1990.  Panel member:  "The Federal Courts Study Committee's Recommendations – An Overview."

- Workshop for Judges of the Fifth Circuit 1990.  Panel member:  "Civil Case Management" (other members included federal judges Feldman and Parker).

- ABA Annual Meeting 1990.  Panel member:  "Fast Track Litigation:  Can Judges, Practitioners and Legislators Agree on Realistic Reform?"

- Fifth Circuit Judicial Conference 1991.  Panel member: ""Moving Cases on Crowded Dockets:  How Judges and Lawyers Can Work Together" (federal judges Head and Feldman were also on the panel).

- American Arbitration Association, Annual Meeting 1992.  Featured luncheon speaker ("Discovery in Arbitration").

- American Inns of Court, Annual Meeting 1992. Program moderator: "Discovery, Competitiveness and the Threat of Malpractice."

- ABA Litigation Section Program, London 1995. Program chair: "New Directions in U.S. Federal Civil Litigation."

- ABA Annual Meeting 1996. Mock closing argument: "A National Closing Argument Shoot-Out" (with Steve Susman, Tony Axam and Jim Coleman).

- ABA Annual Meeting 2003. A Master Class in Arbitration. Program chair and moderator.

- Union Internationale des Avocats, Paris 2007. Protection of Architectural Intellectual Property.

- COMBAR, Berlin 2008. Liabilities of Ancillary Parties (Accountants, Banks, Lawyers, etc.) for Securities and Financial Misstatement Violations.

- ABA Litigation Section Annual Institute on E-Discovery, Chicago 2009. Will the Cost of E-Discovery End Litigation as We Know It Today?

- COMBAR, Chicago 2009. Legal Issues Arising out of the Global Financial Crisis.

- Corporate E-Discovery Forum, Chicago 2009. "E-Discovery Is Broken; How Do We Fix It?"

- LegalTech, New York 2010. "Whatever Happened to Rule 11: The Good, the Bad and the Ugly?" International judges panel comparing different legal systems and e-discovery approaches.

- Judicial Conference of the United States, 2010 Civil Litigation Conference, Duke Law School 2010. Panel member.

- COMBAR, Lisbon 2010. Ancillary and provisional remedies in support of proceedings in other jurisdictions.