# **EXHIBIT J**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
IN RE INTEL CORP. DERIVATIVE     C.A. No. 1:09-cv-867-JJF
LITIGATION
---------------------------------------------------x

DECLARATION OF ROBERT D. GOLBERG ON BEHALF OF BIGGS AND BATTAGLIA IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES

I, ROBERT D. GOLDBERG, DECLARE AS FOLLOWS:

1. I am an attorney at the offices of Biggs and Battaglia. I am submitting this declaration in support of my firm's application for an award of attorney's fees and expenses in connection with services rendered in the above-entitled action.

2. My firm has acted as local counsel for plaintiffs in the above action from the inception of this litigation.

3. My identification and background is attached as Exhibit A.

4. The total number of hours spent on this litigation by my firm is 62.2. The total lodestar amount for attorney time based on the firm's current rates is $18,660.00 The hourly rates shown below is the usual and customary rate charged for each individual. A breakdown of the lodestar is as follows:

| Name | Hours | Rate | Lodestar |
| --- | --- | --- | --- |
| Robert D. Goldberg | 62.2 | 300.00 | 18,660.00 |

5. My firm incurred a total of $ 237.14 in unreimbursed expenses in connection with the prosecution of this litigation. They are broken down as follows:

| | |
| --- | --- |
| Photocopies | $232.00 |
| Postage | $5.14 |

6. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 15th day of July, 2010 at Wilmington, Delaware.

_____
Robert D. Goldberg

Robert D. Goldberg
Biggs and Battaglia
921 North Orange Street
Wilmington, DE 19801

Education: University of Delaware, B.A., 1968; Boston College, J.D., 1974,

Admitted in: State of Delaware; Third Circuit, District of Delaware; Third Circuit Court of Appeals.

Member: Delaware State and American Bar Associations

Former Positions: First Assistant City Solicitor, 1977-1982 and City Solicitor, 1982-1985 for the City of Wilmington, Delaware. Regional Vice-President, National Institute of Municipal Law Officers, 1982-1985.

Current: Biggs and Battaglia 1985 to Present