IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
IN RE INTEL CORP. DERIVATIVE           C.A. No. 1:09-cv-867-JJF
LITIGATION
------------------------------------------------x

## DECLARATION OF SCOTT A. MAYS IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

SCOTT A. MAYS, under pain and penalty of perjury under the laws of the United States, hereby declare and say:

1. I am an associate at Berman DeValerio. I am licensed to practice law in the Commonwealth of Massachusetts and in this Court. The statements set forth in this declaration are true and correct to the best of my information, knowledge and belief. This Declaration is respectfully submitted in support of Lead Plaintiffs' Application For An Award Of Attorneys' Fees and Reimbursement Of Expenses ("Application") filed herewith.

2. In the Application, Lead Plaintiffs cite *Globis Capital Partners, L.P. v. Safenet, Inc.*, C.A. No. 2772-VCS (Del. Ch. Dec. 20, 2007), an unpublished decision. A true and accurate copy of that unreported decisions is attached to this declaration as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that if called as a witness I could and would competently testify thereto.

Executed this 14th day of July, at Boston, Massachusetts

_____
Scott A. Mays