# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | ) ) ) | C. A. No. 1:09-cv-867-JJF |

### REQUEST FOR LEAVE TO PRESENT OBJECTIONS TO PROPOSED SETTLEMENT AND STATEMENT OF OBJECTIONS

1. The undersigned Giles A. Birch and Lisa G. Mirabile ("Shareholders") are residents of the Commonwealth of Massachusetts and were joint owners of 800 shares of Intel common stock as of May 25, 2010, held in a brokerage account with Fidelity Investments. The Shareholders request the permission of the court to admit the attached, redacted copy of the Shareholders' May 31, 2010 account statement from their brokerage account as evidence of such ownership.

2. The Shareholders actually received the Notice of Pendency of Derivative Action, Proposed Settlement of Derivative Action, Settlement Hearing and Right to Appear (the "Notice") on July 14, 2010, and were therefore unable to comply with the requirement that our objections be filed not later than 10 business days prior to the Settlement Hearing (as defined in the Notice; other capitalized terms used within this document without definition also have the meanings ascribed to them in the Notice). In addition, such circumstances made it impossible for the Shareholders to file this document electronically.

3. The relatively small value of the Shareholders' holdings of Intel stock, as well as the brief period between the notice to the Shareholders of the settlement hearing and the actual conduct of that hearing, make it economically impracticable for the Shareholders to appear in person or by attorney before the Court.

4. The Shareholders therefore request the Court's permission to submit their objections to the proposed settlement of the above-referenced action in writing, as set forth below.

5. To the best of the Shareholders' knowledge, the Settlement is as described in the Notice.

6. The proposed Settlement provides no benefits to the members of the plaintiff class:

    a. No cash or other material benefit will be provided to any member of the plaintiff class.

    b. The only purported benefits to the plaintiff class are procedural improvements to Intel's antitrust compliance process.

    c. The purported benefits did not result from the current litigation. As described in the Settlement, substantially all of the procedural improvements were implemented, in process or planned by Intel before the Delaware Plaintiffs filed their complaints.

    d. Given the magnitude of the penalties imposed on Intel by the antitrust authorities of the European Union, and the potential damages payable as a result of the suits commenced by AMD and other parties, there is no reason to believe that Intel would not take every reasonable measure to prevent future illegal anti-competitive conduct from occurring, regardless of the pendency or outcome of the current litigation.

7. The proposed Settlement harms the members of the plaintiff class:

    a. As owners of Intel stock, the members of the plaintiff class will bear the ultimate economic burden of any attorneys' fees or expenses awarded by the Court.

    b. The members of the plaintiff class will no longer be able to pursue any claims against individual directors, employees and agents of Intel for their actions in connection with the anti-competitive conduct, notwithstanding that no attempt appears to have been made to determine their individual culpability.

8. Because the only beneficiaries of the Settlement are the various class attorneys and the individual directors, employees and agents of Intel, and no benefit is provided to the members of the plaintiff class, the undersigned Shareholders object to the approval of the Settlement.

9. By their signatures below, the Shareholders certify that they served this document on each of the counsel listed in the Notice at their stated addresses by depositing copies in first-class U.S. Mail, with sufficient postage attached, on July 15, 2010.

Respectfully submitted,

Date: July 15, 2010

_____
Giles A. Birch

_____
Lisa G. Mirabile

12 Scribner Park
Auburndale, MA 02466
birchile@birchile.com
617-332-5374

2

*Fidelity*
INVESTMENTS

FIDELITY PRIVATE
CLIENT GROUP℠

Investment Report
May 1, 2010 - May 31, 2010

Fidelity Account ℠ — GILES A BIRCH AND LISA G MIRABILE - WITH RIGHTS OF SURVIVORSHIP
Private Client Group Account Executive: TODD STOCKWELL, Team 364

## Holdings (Symbol as of May 31, 2010)

| | Quantity May 31, 2010 | Price per Unit May 31, 2010 | Total Cost Basis | Total Value May 1, 2010 | Total Value May 31, 2010 |
|---|---|---|---|---|---|
| | 500.000 | | | | |
| | 15.000 | | | | |
| | 19.000 | | | | |
| | 50.000 | | | | |
| | 4,000.000 | | | | |
| INTEL CORP (INTC) | 800.000 | 21.420 | 14,325.85 | 18,272.00 | 17,136.00 |
| | 200.000 | | | | |
| | 400.000 | | | | |
| | 3.000 | | | | |
| | 800.000 | | | | |
| | 500.000 | | | | |
| | 750.000 | | | | |

Mutual Funds 53% of holdings

| | | | | |
|---|---|---|---|---|
| | 828.458 | | | |
| | 2,281.880 | | | |
| | 5,618.459 | | | |
| | 2,331.233 | | | |
| | 7,237.687 | | | |
| | 1,292.550 | | | |
| | 752.483 | | | |
| | 5,341.769 | | | |

100528 0001 900331578   0418 000
0001