From: norrispeterson@msn.com
To: lpaskowitz@pasklaw.com, slr_civil@ded.uscourts.gov, SecuritiesNotice@kccllc.com
CC: mark.h.henninger@intel.com, james.karberg@schwab.com
Sent: 7/18/2010 8:10:03 P.M. Eastern Daylight Time
Subj: US District Court for the District of Delaware - C.A. No. 1:09-cv-867-JJF

Dear Sirs:

This email is written and sent on July 18, 2010.

We are long-time shareholders of Intel Corporation stock held in our accounts at Charles Schwab.

On July 16, 2010 we received via US mail the document entitled: "Notice of Pendency of Derivative Action, Proposed Settlement of Derivative Action, Settlement Hearing and Right to Appear".

In fact, we received 6 copies of this document, all on July 16th. Based on this fact, it cannot be argued that it was "lost in the mail".

This is the first we have been notified of this pending action.

The preamble of this notice states: "YOUR RIGHTS WILL BE AFFECTED BY THE LEGAL PROCEEDINGS IN THIS LITIGATION. YOU WILL BE FOREVER BARRED FROM CONTESTING THE FAIRNESS, REASONABENESS AND ADEQUACY OF THE PROPOSED SETTLEMENT AND FROM PURSUING THE SETTLED CLAIMS (DEFINED HEREIN).

Section 8 of this notice "Settlement Hearing" states that the Settlement Hearing will be held on July 20, 2010.

Section 9 of this notice: "Right to Appear and Object" states that any notice to appear in person or to present any brief must be made not later than ten (10) business days prior to the Settlement Hearing.

This notice was received only two business days prior to the date set for the Settlement Hearing, thus making it impossible to comply with the requirement of this notice, much less to study the contents of this notice and to seek advice on this matter.

Therefore, I strongly object to receiving this notice after the required deadline. This notice, in fact, is a clear attempt to deny my rights and the rights of other Intel shareholders to understand this action and consider our right to be represented. The preamble to this notice seeks to deny my rights as an Intel shareholder to consider any future action by sending out this notice so it is received after any such action must have been filed with the court.  This notice cannot constitute "legal notice" that affects my rights as an Intel shareholder.

So, the questions are: why was this notice sent out to us Intel shareholders at this past due date? And at whose expense? It seems to me that the cost is being born by Intel, and thus by Intel shareholders like me. The $ 2.6 million in Attorneys' fees and expenses stated in Section 7 of this notice are stated to be borne by "Intel", not the defendants. This again means that the cost is borne by us, the Intel shareholders. So the question is: who benefits from this settlement? It seems to me that the winners are the Attorneys, not the Intel shareholders. These questions deserve to be answered.

The only contact information contained in this notice is US mail postal addresses, thus making it impossible to give any response to this notice by these postal addresses so that they would be received before the stated Settlement Hearing date. It contains no phone numbers, fax numbers, nor any email addresses. The email addresses to which this email is addressed were found on the internet, and therefore may or may not be the correct contact addresses, but due to the need to make this objection known before the Settlement Hearing date, this is the best that can be done at this last-minute due to the situation created by this notice.

Please reply to this objection either via email: [norrispeterson@msn.com](mailto:norrispeterson@msn.com) or by US mail at:

Norris Peterson

22 Alpine Ln

Sedona, AZ 86336

Regards

Norris Peterson