# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | C.A. No. 1:09-cv-867-JJF |

## DECLARATION OF DR. CHRISTINE DEL GAIZO IN RESPONSE TO LEAD PLAINTIFFS' RESPONSE TO OBJECTIONS BY SHAREHOLDERS CHRISTINE DEL GAIZO AND WILLIAM KELLEY PULS

I, Dr. Christine Del Gaizo, declare as follows:

1. I am the plaintiff in *Del Gaizo v. Otellini, et al.*, Case No. 1-08-CV-116137 (Cal. Super. Ct.-Santa Clara County), a California State shareholder derivative action filed on June 26, 2008 ("California Action"). On July 6, 2010, through my attorneys, I filed an objection in this Court to the proposed settlement of the above-captioned related shareholder derivative action. I submit this declaration in response to Lead Plaintiffs' Response to Objections By Shareholders Christine Del Gaizo and William Kelley Puls.

2. Robbins Umeda LLP ("Robbins Umeda") is my counsel in the California Action and in connection with my objection to the proposed settlement of the above-captioned related shareholder derivative action.

3. My son, Gregory Del Gaizo, is an associate with Robbins Umeda.

4. I filed the objection to the proposed settlement of the above-captioned related shareholder derivative action and brought the California Action in my capacity as a shareholder of Intel Corporation with the intent to act in Intel Corporation's best interests. I did not file the objection to the proposed settlement of the above-captioned related shareholder derivative action or

bring the California Action with any intent or expectation that me or my son, Gregory Del Gaizo, would benefit financially as a result of my involvement in the action.

5. Although my counsel timely provided me with the notice of the proposed settlement of the above-captioned related shareholder derivative action and my right to object thereto, I did not receive any other notice until July 16 or 17, 2010, when I received a written notice of the proposed settlement of the above-captioned related shareholder derivative action by mail.

6. I am not objecting to the proposed settlement with the intent or expectation that either myself, my son (Gregory Del Gaizo), or Robbins Umeda will benefit as a result of my objection.

7. I have not been promised by any member of Robbins Umeda that I or my son, Gregory Del Gaizo, will receive any monetary compensation as a result of my participation in the California Action or in connection with my objection to the proposed settlement of the above-captioned related shareholder derivative action.

8. I hereby disclaim any interest in any attorneys' fees which may be recovered in the California Action or in connection with my objection to the proposed settlement of the above-captioned related shareholder derivative action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1??th day of July, 2010, at Islip, New York.

_____
DR. CHRISTINE DEL GAIZO