James S. Ginocchio
5768 Shady Hollow Lane
Cincinnati, Ohio 45230
July 20, 2010

Judge Joseph J. Farnan
U.S. Courthouse
844 North King Street
Wilmington, Delaware 19801



Re: Intel Settlement Case No. 1:09-cv-867

Dear Judge Farnan:

In last weeks mail ( which I received yesterday as I have been in Michigan for ten days) I received a proposed settlement offer in the Intel case. I am an Intel stockholder.

If I am reading the proposed settlement correctly, Intel, its officers, and managers are promising to obey the law, especially the anti trust laws. In exchange for this, Intel is going to pay plaintiff's counsel two million six hundred fifty thousand dollars! This is, in a word, absurd. Presumably these executives are law abiding. Even if they stretched the antitrust laws, they doubtlessly learned their lesson after suits by the US Government, the Japanese government, and the E.U. In sum, the plaintiff- stockholder receive nothing of value out of this litigation.

I know that Intel probably agreed to this just to "make the case go away". However, I believe you should dismiss the case at plaintiff's cost. If the plaintiff's counsel fired a frivolous action, and they did, let them suffer the loss and not the stockholders of Intel.

Sincerely,

/s/

James S. Ginocchio