

The Honorable Joseph J. Farnan

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | Cause No. 1:09-CV-867-JJF<br><br>**OBJECTION TO JULY 20, 2010 SETTLEMENT HEARING** |

Steven Patrick Soha and Lucinda Kris Soha (Soha) hereby file their notice of objection to the proposed Settlement of Derivative Action, and Settlement Hearing. Soha received the attached "NOTICE OF PENDENCY OF DERIVATIVE ACTION, PROPOSED SETTLEMENT OF DERIVATIVE ACTION, SETTLEMENT HEARING AND RIGHT TO APPEAR" [Notice] on Monday, July 19, 2010. The Notice stated that the Settlement Hearing was to be held on Tuesday, July 20, 2010 and further required that objections be filed no later than (10) business days prior to the Settlement Hearing. Accordingly, by the time that Soha received the Notice, it was too late to file an objection.

The Constitution of the United States of America, Amendment V, requires that citizens of the United States be accorded due process of law. Due process of law includes Notice and

OBJECTION TO JULY 20, 2010 SETTLEMENT HEARING– 1
USDC DE CAUSE NO. 1:09-CV-867-JJF

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

cg204503

the opportunity to be heard. Soha believes that the receipt of the Notice (1) day before the date of the scheduled Settlement Hearing violates their due process rights as guaranteed by the United States Constitution.

    DATED this 20th day of July, 2010.

                              SOHA & LANG, P.S.

                              By: _____
                              Steven Patrick Soha
                              Lucinda Kris Soha
                              **3248 W Lk Samm Pky SE**
                              **Bellevue, WA 98008**
                              **(206) 654-1690**

**OBJECTION TO JULY 20, 2010 SETTLEMENT HEARING– 2**
USDC DE CAUSE NO. 1:09-CV-867-JJF

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON 98101
(206) 624-1800/FAX (206) 624-3585

cg204503