3540 Valley Circle<br/>
Birmingham, AL  35243<br/>
July 24, 2010

Judge Joseph J. Farnan
United States Courthouse
844 N. King Street
Wilmington, Delaware 19801

IN RE INTEL CORP. DERIVATIVE LITIGATION,  C. A. No. 1:09-cv-867-JJF

Dear Judge Farnan;

I am writing to you because my rights were violated in the above case before you. Specifically, there was a deliberate delay in mailing the notice of Settlement Hearing of the referenced case such that it was impossible for any stockholder such as me to submit comments or objections in time to be considered by your Court. The Stipulation is dated May 25, 2010 and I did not receive the Notice until July 17 which was too late considering that the Hearing was scheduled for July 20. Therefore, **I was denied the right for my objections to be heard.** This is not an isolated situation – a similar occurrence happened about a month ago in another Delaware court case that I was involved in. I fight similar lawsuits in other states and in those cases I received the notice in time to file. I want to know what is going on and why.

On July 17 I sent an email to the Intel Noticing Administrator at Kurtzman Carson Consultants as listed in the Settlement Notice with the following questions:

1. What entity (specific law firm, court, etc.) instructed you to mail the Notice?
2. What was the date you received instruction to mail the Notice?
3. What were any instructions concerning not doing the mailing prior to early July?
4. Other relevant information I should know.

As of the date of this letter I have not received a reply and frankly do not expect one as it is common practice for systems to ignore people like me but for the record I asked anyway. On July 17 I also sent an email to the Attorney General of the state of Delaware requesting information as to the procedure and point of contact for filing complaints concerning frivolous lawsuits filed in Delaware courts on my behalf, without my consent, that end up costing me. I am dismayed to report also that as of the date of this letter I have not received a reply to a very simple request.

I am conducting an investigation as to what is going on and I need the answers to the above questions to continue. My intention is to identify those who violated my rights and hold them accountable. What is the point of delaying notification unless some party wishes to suppress objections? The Court should be very concerned.

I am not naive. I know exactly what goes on with this type of lawsuit involving unofficially but discretely compensated professional plaintiffs to commit extortion via court. The Stipulation of Settlement is only a means to cloak payment to the legal Mafioso as legitimate. Failure to agree to terms of the Stipulation only means endless discovery and expansion of the lawsuit until the defendant (i.e. my investment) gets tired of the distraction and expense. Although I am an un-notified and unwilling member of the plaintiff class, my interests are with Intel and payment comes out of the value of my investment. So I either lose or I lose and the plaintiff's lawyers reap massive payments at my expense. The plaintiffs' lawyers work against my interests yet I am a member of their class – I do not get it – that is pathetic representation – they profit from my existence. Sadly, the courts allow this to happen. I tell all my friends that corruption in the business world is dwarfed by corruption in the courts. I doubt that I am telling you anything you do not already know.

I do not know how you ruled on this case and would appreciate a copy of your ruling. I keep hoping with perhaps blind optimism that some judge someday, somewhere, will see such a case for what it really is, find that it is unfair, and rule totally against the plaintiffs' lawyers.

Sincerely yours,

Kenneth A. Kuhn

cc:
Office of Attorney General, Carvel State Office Bldg, 820 N. French Street, Wilmington, DE 19801

Kurtzman Carson Consultants, LLC, P.O. Box 56798, Jacksonville, FL 32241-6798

Laurence D. Paskowitz, Paskowitz & Associates, 60 East 42nd St., Suite 4600, New York, NY 10165

Jeffrey C. Block, Berman Devalerio, One Liberty Square, Boston, MA 02109

Jonathan C. Dickey, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, 47th Floor, New York, NY 10166

Kim David Staskus, Law Offices of Kim David Straskus, P.C., 1631 Willow Street, Suite 100, San Jose, CA 95125