IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
FOR THE DISTRICT OF DELAWARE

IN RE INTEL CORP. DERIVATIVE      )
CORPORATION LITIGATION            )
                                  )
                                  )      C. A. NO. 1:09-cv-867-JJF
                                  )

## "OBJECTION TO PROPOSED SETTLEMENT"

James J. Coryn, hereafter referred to as "intervening stock holder" owner of 200 shares of Intel Corporation in the aforesaid capacity as intervening stock holder, hereby objects to the proposed settlement of the class action suit for the following reasons:

1.  The settlement proposal is detrimental to the value of Intel Corporation of which intervening stock holder is part owner and not in either's best interest.

2.  The lawsuit as filed appears to contain a wash list of allegations with the sole purpose of obtaining a settlement with plaintiffs' attorneys being the primary beneficiaries by reason of the exorbitant attorneys' fees claimed and with no benefit to the Intel Corporation or its stockholders. Such actions are sometimes referred to as "fetcher actions" which casts a black mark on the legal profession and which should be discouraged and be disallowed by the judiciary.

Because of health reasons and advanced age, the undersigned will be unable to attend the hearing but nevertheless prays that the Court Ruling will put an end to or at least deter these "fetcher actions".

Respectfully submitted,

James J. Coryn
2807 26th Street
Moline, IL 61265
309-762-8689
Fax: 309-788-5789

CC:   Laurence D. Paskowitz, Esq.
      Jeffrey C. Block, Esq.
      Jonathan C. Dickey, Esq.
      Kim David Staskus, Esq.



RECEIVED
JUL 30 2010
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



James J. Coryn
2807 26th St.
Moline, IL 61265-6910

149860b678354051

Clerk of Court
United States Courthouse
844 N.  King Street
Wilmington, Delaware 19801



neopost
$0.440

U.S POSTAGE