NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

IN RE INTEL CORP. DERIVATIVE LITIGATION

DISTRICT COURT
DOCKET NUMBER: 1:09-cv-867

v.

DISTRICT COURT
JUDGE: Joseph J. Farnan

Notice is hereby given that __Shareholder Objector Dr. Christine Del Gaizo__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment, [ ] Order,

[ ] Other (specify) _____

entered in this action on __July 23, 2010__
(date)

Dated: __August 23, 2010__

_____
(Counsel for Appellant-Signature)

Kevin A. Seely
(Name of Counsel - Typed)
ROBBINS UMEDA LLP
600 B Street, Suite 1900
(Address)
San Diego, CA 92101
(City, State Zip)
(619) 525-3990
(Telephone Number)

Jonathan C. Dickey
(Counsel for Appellee)
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue, 47th Floor
(Address)
New York, NY 10166
(City, State Zip)
(212) 351-4000
(Telephone Number)

2010 AUG 23 PM 3:35
FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

Additional Sheet – Counsel for Appellees

Laurence D. Paskowitz
PASKOWITZ & ASSOCIATES
60 East 42nd Street, Suite 4600
(Address)
New York, NY 10166
(City, State Zip)
(212) 685-0969
(Telephone Number)

Jeffrey C. Block
BERMAN DEVALERIO
One Liberty Square
(Address)
Boston, MA 02109
(City, State Zip)
(617) 542-8300
(Telephone Number)

Kim David Staskus
LAW OFFICES OF KIM DAVID STASKUS
1631 Willow Street, Suite 100
(Address)
San Jose, CA 95125
(City, State Zip)
(408) 264-9822
(Telephone Number)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE INTEL CORP. DERIVATIVE LITIGATION | C.A. No. 1:09-cv-867-JJF |

## CERTIFICATE OF SERVICE

I, Kevin A. Seely, hereby certify that on August 23, 2010, the Notice of Appeal to U.S. Court of Appeals, Third Circuit was electronically filed with the United States District Court for the District of Delaware by using the USDC CM/ECF system. Participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system.

_____
KEVIN A. SEELY