A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Sep 10, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Sep 10, 2010

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

FILED
CLERK'S OFFICE

**IN RE: INTEL CORP. MICROPROCESSOR**
**ANTITRUST LITIGATION**

MDL No. 1717

**ORDER REASSIGNING LITIGATION**

On September 8, 2010, the Panel was notified that this litigation has been reassigned to the Honorable Leonard P. Stark by the District of Delaware, effective August 20, 2010.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable Leonard P. Stark for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

John G. Heyburn II
Chairman